UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RODRIGUEZ aka MARTIN MEDINA,<br><br>          Petitioner,<br><br>   v.<br><br>G.J. GIURBINO,<br><br>          Respondent. | 1:04-cv-05743-REC-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT IN FAVOR OF RESPONDENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On August 25, 2005, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DENIED, and judgment be entered in favor of Respondent.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed objections to the Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Respondent's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendations are supported by the record and proper
6 analysis.  Respondent's objections present no grounds for
7 questioning the Magistrate Judge's analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.   The Findings and Recommendations, filed August 25, 2005,
10 are ADOPTED IN FULL;
11   2.   The Petition for Writ of Habeas Corpus is DENIED; and,
12   3.   The Clerk of Court enter judgment in favor of Respondent.
13   IT IS SO ORDERED.
14 **Dated:  October 13, 2005**                    **/s/ Robert E. Coyle**
   668554                                         UNITED STATES DISTRICT JUDGE

2